JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONORA ANN DARBY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TEA SHOP PRODUCTIONS LTD, a United Kingdom private limited company; THE TEA SHOP & FILM COMPANY LLC, also known as THE TEASHOP & FILM COMPANY LLC, a Delaware limited liability company; JAMES DANIEL HARRIS, an individual; MARK LANE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: **2:26-cv-12164-JFW-Ex**<br><br>The Honorable John F. Walter<br><br>**ORDER ON STIPULATION TO REMAND ACTION TO SUPERIOR COURT**<br><br>ACTION FILED: AUGUST 28, 2026<br>REMOVED: OCTOBER 18, 2026 |

The Court, having considered the Stipulation to Remand Action to Superior Court (the "**Stipulation**") entered into by Plaintiff Leonora Ann Darby ("**Plaintiff**") and Defendants Tea Shop Productions Ltd, The Tea Shop & Film Company LLC, James Daniel Harris, and Mark Lane (collectively, "**Defendants**"), and good cause appearing therefor, **HEREBY ORDERS** as follows:

1. The Stipulation is **APPROVED**.

2. Plaintiff and each Defendant is a citizen or subject of a foreign state, and the Complaint presents no federal question. The Court therefore lacks subject-matter jurisdiction over this action. *See* 28 U.S.C. § 1332(a); *Nike, Inc. v. Comercial Iberica de Exclusivas Deportivas, S.A.*, 20 F.3d 987, 991 (9th Cir. 1994).

3. This action is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles, Case No. 26STCV27434, pursuant to 28 U.S.C. § 1447(c). The Clerk shall mail a certified copy of this Order to the clerk of the Superior Court.

4. The Scheduling Conference set for December 7, 2026, at 1:15 p.m., and the November 20, 2026 deadline to file the Joint Report [ECF No. 10] are **VACATED**, together with all other dates and deadlines in this action.

**IT IS SO ORDERED.**

Dated: November 9, 2026

Hon. John F. Walter
United States District Judge